828 A.2d 915

JENNIFER MULLER, PLAINTIFF, v. BADER G. QARMOUT, DEFENDANT–PETITIONER.

July 3, 2003.

Denied.

828 A.2d 916

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CHRISTOPHER CLARK, DEFENDANT– PETITIONER.

July 14, 2003.

ORDERED that the petition for certification is granted, limited solely to the issue of the shackling of defendant's witness at trial, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Sherman Artwell,* 177 *N.J.* 526, 832 *A.*2d 295, 2003 *WL* 21508319 (2003).

Jurisdiction is not retained.